NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHARLES A. SEVERANCE,                )
                                     )
              Appellant,             )
                                     )
v.                                   )          Case No. 2D15-2600
                                     )
STATE OF FLORIDA                     )
                                     )
              Appellee.              )
_____)

Opinion filed December 30, 2015.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.

Charles A. Severance, pro se.


PER CURIAM.

          Affirmed without prejudice to any right Charles A. Severance may have to

file a timely and sufficient motion for postconviction relief pursuant to Florida Rule of

Criminal Procedure 3.850.


KHOUZAM, CRENSHAW, and SALARIO, JJ., concur.